**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Cody HERNDON, Defendant–Appellant.**

**No. 08–30145.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Marcia Good Hurd, USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Gregory Cody Herndon appeals from the 108–month sentence imposed following his guilty-plea conviction for possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Herndon contends that his sentence is unreasonable because it is greater than necessary, the district court gave undue weight to the nature of his offense and overlooked other mitigating factors, and the district court did not adequately explain the sentence. We conclude that the district court did not commit procedural error, and that Herndon's sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 994–95 (9th Cir. 2008) (en banc).

**AFFIRMED.**